IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:18-CR-606-K (01) |
| | § | |
| ROLANDO SILVESTRE NOVELL, JR. | § | |
| | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Renee Harris Toliver. Ramirez for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court and waived his right to object to the Report and Recommendation.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court.  The defendant's conditions of supervised release are **REVOKED**, and he is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FOURTEEN (14) Days**, and with no additional term of supervised release to follow.

NO. 3:18-CR-606-K (01)
PAGE 1

The Defendant shall surrender to the U.S. Marshal, at 1100 Commerce Street, 16th Floor, Dallas, Texas 75242 on Friday November 4, 2022 at 10:00 a.m.

SO ORDERED.

Signed November 2nd, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE